Sean J. Riddell  OSB#013943
sean.riddell@live.com
Attorney At Law
1300 SE Stark St, Suite 208
Portland, OR 97214
971-219-8453
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| R.J.V., <br><br> Plaintiff, <br><br> vs. <br><br> TERRANCE BEAN, <br><br> Defendants. | Case No. 3:19-CV-00704-AC <br><br> PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(i) |

Plaintiff, through counsel, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses the Second Claim for Relief – Abuse of a Vulnerable Person without prejudice.

DATED this June 28, 2019

Respectfully submitted,
s/ *Sean J. Riddell*
Sean J. Riddell  OSB 013493

Sean J. Riddell
Attorney at Law
2905 NE Broadway St.,
Portland OR, 97232
971/219-8453

1  NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(i)

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(i) on defense counsel at the following addresses:

    Clifford Davidson
    Sussman Shank LLP
    1000 SW Broadway Ste 1400
    Portland, OR 97205
    cdavidson@sussmanshank.com
        Attorney for the Defendant

by the following method or methods as indicated:

    by CM/ECY

    by electronic mail

    /S/ Sean J. Riddell
    SEAN J. RIDDELL, OSB #013943

    /S/ Chris Mascal
    CHRIS MASCAL, OSB #903332
    Attorneys for the Plaintiff

Sean J. Riddell
Attorney at Law
2905 NE Broadway St.,
Portland OR, 97232
971/219-8453

2   NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(i)