Sean J. Riddell  OSB#013943
Chris Mascal OSB#903332
2905 NE Broadway St.,
Portland, OR 97232
971-219-8453
sean.riddell@live.com
chris@mascal-law.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| R.J.V., <br><br> Plaintiff, <br> vs. <br><br> TERRANCE BEAN; <br><br> Defendants. | Case No. 3:19-CV-00704-AC <br> DECLARATION OF SEAN J. RIDDELL IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY |

I, SEAN J. RIDDELL, hereby declare as follows:

1. I am over the age of 18 years and am a citizen of the United States. I am licensed to practice law in Oregon and Washington. I have personal knowledge of the facts set forth herein and am competent to testify to them at trial.

2. I, along with Chris Mascal, represent the plaintiff R.J.V. in the above entitled action.

3. I reviewed the Oregon Judicial Department :OJIN OnLine Services Docket report and associated documents for State v. Bean Case # 201423603. A true and correct copy of the docket report is attached as Exhibit 101.

4. I reviewed the District of Oregon's Docket Report for Case No. 3:19-CV-325-HZ. A true and correct copy of the docket report is attached as Exhibit 102.

I, SEAN J. RIDDELL, CERTIFY (DECLARE) UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF OREGON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED:  7/19/2019_____     AT:_____PORTLAND, OR _____

SIGNATURE____/S/ Sean J. Riddell_____

DATED this July 19, 2019

                              Respectfully submitted,

                              /s/Sean J. Riddell
                              Sean J. Riddell  OSB 013493
                              Attorney for Plaintiff

Skip to Main Content Logout My Account Search Menu Search Criminal, Traffic and Parking Case Records Refine Search  Back

Location : Lane   Images Help

# REGISTER OF ACTIONS
### CASE NO. 201423604

**State of Oregon VS. TERRENCE PATRICK BEAN**

| | |
|---|---|
| Case Type: | Offense Felony |
| Date Filed: | 11/18/2014 |
| Location: | Lane |
| District Attorney Number: | 039279615 |

## RELATED CASE INFORMATION

**Related Cases**
201423603 (Consolidated)

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| Defendant | BEAN, TERRENCE PATRICK<br>1882 SW HAWTHORNE TER<br>PORTLAND , OR 97201 | DOB: 1948 | **Attorneys**<br>~~Derek J Ashton~~<br>*Retained*<br>~~503-227-1111(W)~~<br><br>~~KRISTEN L WINEMILLER~~<br>*Retained*<br>~~503-222-3120(W)~~ |
| Plaintiff | State of Oregon | | SCOTT P HEALY<br>503 655-8431(W)<br><br>ERIK V HASSELMAN<br>541 682-4261(W) |

## CHARGE INFORMATION

| Charges: BEAN, TERRENCE PATRICK | Statute | Level | Date |
|---|---|---|---|
| 1. Sodomy in the Third Degree | 163.385 | Felony Class C | 09/27/2013 |
| 2. Sodomy in the Third Degree | 163.385 | Felony Class C | 09/27/2013 |
| 3. Sexual Abuse in the Third Degree | 163.415 | Misdemeanor Class A | 09/27/2013 |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

12/03/2014 | **Plea** (Judicial Officer: Unassigned, Judge)
1. Sodomy in the Third Degree
    Not Guilty
2. Sodomy in the Third Degree
    Not Guilty
3. Sexual Abuse in the Third Degree
    Not Guilty
Created: 12/03/2014 12:00 AM

09/01/2015 | **Disposition** (Judicial Officer: McAlpin, Jay A)
1. Sodomy in the Third Degree
    Dismissed
2. Sodomy in the Third Degree
    Dismissed
3. Sexual Abuse in the Third Degree
    Dismissed
Created: 09/02/2015 1:21 PM

**OTHER EVENTS AND HEARINGS**

11/18/2014 | Secret Indictment
Comment: Agency Portland Police Bureau ** Court Action: Signed; Court Action Date: 11/18/2014; judge: R C Conover; ** REDACTED INFO

EXHIBIT 101
PG 1 OF 6

| Date | Entry |
|---|---|
| | -see order to seal of 12/3/14<br>Created: 11/18/2014 12:00 AM |
| 11/18/2014 | **Order - Arrest Warrant** (Judicial Officer: Conover, R Curtis )<br>*Judge: R Curtis Conover; Plaintiff: State of Oregon*<br>Created: 11/18/2014 12:00 AM |
| 11/18/2014 | **Warrant - Arrest**<br>*Defendant: TERRENCE PATRICK BEAN*<br>Created: 11/18/2014 12:00 AM |
| 11/20/2014 | **Warrant - Recall**<br>*Comment: served per TTY/ Multnomah Co;*<br>Created: 11/20/2014 12:00 AM |
| 11/20/2014 | **Agreement - Security Release**<br>*copy (from Mult Co) posted $5000 sec dep // to appear12/3/14 8:30am*<br>Created: 11/20/2014 12:00 AM |
| 11/20/2014 | **Return - Service Arrest Warrant**<br>*Comment: served;*<br>Created: 11/20/2014 12:00 AM |
| 11/28/2014 | **Agreement - Security Release**<br>*$5000 sec posted /issued by Mult Co // def to appr 12/3/14 8:30*<br>Created: 12/01/2014 12:00 AM |
| 12/03/2014 | **Arraignment** (Judicial Officer: Vogt, Debra K. )<br>*Comment: Ms. Mccrea appearing on behalf of L Maxfield and K Winemiller who are retained/Deft directed to PTS for local RA/Protective Order & Order sealing Indictment granted; Judge: Debra Kay Vogt; Reporter: 306 AUDIO/COURTROOM*<br>Created: 12/03/2014 12:00 AM |
| 12/03/2014 | **Remove - Inactive Status**<br>Created: 12/03/2014 12:00 AM |
| 12/03/2014 | **Order** (Judicial Officer: Zennache`, Charles M )<br>*Comment: SEALING INDICTMENT AND REQUIRING FILING OF A REDACTED INDICTMENT (solely to remove name of alleged victim); Judge: Charles M Zennache`;*<br>Created: 12/03/2014 12:00 AM |
| 12/03/2014 | **Plea - Not Guilty**<br>Created: 12/03/2014 12:00 AM |
| 12/03/2014 | **Arraignment - Confidential**  (8:30 AM) ()<br>*Comment: set per RA from Multnomah Co/ $5000 sec posted;*<br>Created: 11/20/2014 12:00 AM |
| 12/04/2014 | **Agreement - Security Release**<br>*Comment: SUPERVISED/$5,000 SEC POSTED IN MULT CO. 11/19/14/$7,000 POSTED LANE CO 12/03/14/DEF TO APP 01/07/15 @2:30 @35D; Court Action: Security posted; Court Action Date: 11/19/2014; Defendant: TERRENCE PATRICK BEAN*<br>Created: 12/04/2014 12:00 AM |
| 12/04/2014 | **Notice**<br>*Comment: Person Posting $ For Release; Defendant: TERRENCE PATRICK BEAN*<br>Created: 12/04/2014 12:00 AM |
| 12/31/2014 | **Motion**<br>*Comment: to assign judge and declare case complex; Privately Retained: KRISTEN L WINEMILLER*<br>Created: 01/14/2015 12:00 AM |
| 12/31/2014 | **Motion - Continuance**<br>*Comment: 35DC from 1/7/14; Privately Retained: KRISTEN L WINEMILLER*<br>Created: 01/14/2015 12:00 AM |
| 01/07/2015 | **Order** (Judicial Officer: Rasmussen, Karsten H )<br>*Comment: to set over 35DC is allowed/ date to be set assigned judge; Court Action: Signed; Court Action Date: 01/07/2015; Judge: KARSTEN H RASMUSSEN;*<br>Signed: 01/07/2015<br>Created: 01/14/2015 12:00 AM |
| 01/07/2015 | **Assigned** (Judicial Officer: McAlpin, Jay A )<br>*Judge: Jay A McAlpin;*<br>Created: 01/14/2015 12:00 AM |
| 01/07/2015 | **Agreement - Security Release**<br>*Comment: *AMENDED* Security posted in Multnomah Co-Received To appr 1/7/15 at 2:30;*<br>Created: 01/07/2015 12:00 AM |
| 01/07/2015 | **Order** (Judicial Officer: Rasmussen, Karsten H )<br>*Comment: on motion to assign judge and declare case complex/ Judge McAlpin assigned; Court Action: Signed; Court Action Date: 01/07/2015; Judge: KARSTEN H RASMUSSEN;*<br>Signed: 01/07/2015<br>Created: 01/14/2015 12:00 AM |
| 01/07/2015 | CANCELED   **Hearing - Pre-Trial Conference**  (2:30 PM) ()<br>Cancelled<br>*Comment: ($12,000 SEC PSTD); Event Status: Cancelled;*<br>Created: 12/03/2014 12:00 AM |
| 02/13/2015 | **Notice - Hearing**<br>Created: 02/13/2015 12:00 AM |
| 02/19/2015 | **Hearing - Status Check**  (9:30 AM) ()<br>*Comment: In-Chambers meeting;*<br>Created: 02/13/2015 12:00 AM |
| 03/25/2015 | **Order - Protected** (Judicial Officer: McAlpin, Jay A )<br>*Stipulated* |

EXHIBIT 101
PG 2 OF 6

| Date | Event |
|---|---|
| | Signed: 03/25/2015<br>Created: 03/27/2015 9:27 AM |
| 04/15/2015 | **Substitution of Attorney**<br>*Derek Ashton substituting in as atty of record for Kristen Winemiller*<br>Created: 04/15/2015 4:12 PM |
| 04/15/2015 | **Notice - Representation**<br>Created: 10/07/2015 3:20 PM |
| 04/20/2015 | **Hearing - Status Check** (9:30 AM) (Judicial Officer McAlpin, Jay A)<br>*In-Chambers meeting*<br>Result: Held<br>Created: 04/09/2015 3:27 PM |
| 05/29/2015 | **Order** (Judicial Officer: McAlpin, Jay A )<br>*Re: Scheduling (see order for specifics)*<br>Signed: 05/29/2015<br>Created: 06/01/2015 11:33 AM |
| 07/02/2015 | **Hearing - Settlement Conference** (10:30 AM) (Judicial Officer Rasmussen, Karsten H)<br>Created: 06/16/2015 3:00 PM |
| 07/02/2015 | **Motion - Civil Compromise**<br>*(to JAM)*<br>Created: 07/02/2015 3:47 PM |
| 07/02/2015 | **Declaration**<br>*(to JAM)*<br>Created: 07/02/2015 3:47 PM |
| 07/07/2015 | **Order** (Judicial Officer: Rasmussen, Karsten H )<br>*Assigning Motion for Civil Compromise to Judge Zennache for hearing*<br>Signed: 07/07/2015<br>Created: 07/07/2015 3:03 PM |
| 07/08/2015 | **Motion**<br>*in Limine*<br>Created: 07/08/2015 4:21 PM |
| 07/08/2015 | **Motion**<br>*in Limine*<br>Created: 07/08/2015 4:25 PM |
| 07/10/2015 | **Motion - Consolidate Cases**<br>*with case # 201423603 (to JAM)*<br>Created: 07/10/2015 9:55 AM |
| 07/14/2015 | **Response**<br>*in Opposition to deft's motion for civil compromise **SEALED PER ORDER DATED 7/16/15***<br>Created: 07/14/2015 2:02 PM |
| 07/15/2015 | **Petition - Appoint Guardian Ad Litem**<br>*(TO JAM)*<br>Created: 07/15/2015 8:56 AM |
| 07/15/2015 | **Motion - Protective Order**<br>Created: 07/15/2015 3:10 PM |
| 07/15/2015 | **Declaration**<br>*in support of Motion for Protective Order*<br>Created: 07/15/2015 3:10 PM |
| 07/16/2015 | **Hearing - Civil Compromise** (8:30 AM) (Judicial Officer Zennache`, Charles M)<br>*Petition for Guardian ad Litem and Motion for Protective Order*<br>Result: Held<br>Created: 07/07/2015 1:33 PM |
| 07/16/2015 | **Order** (Judicial Officer: Zennache`, Charles M )<br>***SEALING STATE'S RESPONSE IN OPPOSITION TO DEFT'S MOTION FOR CIVIL COMPROMISE***<br>Signed: 07/16/2015<br>Created: 07/16/2015 10:16 AM |
| 07/16/2015 | **Hearing** (10:33 AM) (Judicial Officer McAlpin, Jay A)<br>*Re: Scheduling*<br>Result: Held<br>Created: 07/16/2015 10:56 AM |
| 07/16/2015 | **Order** (Judicial Officer: Zennache`, Charles M )<br>***SEALING PORTION OF FTR AUDIO RECORD*** (Created on 7/16/15, courtroom 304, from 10:11:54am to 10:16:23:54am)<br>Signed: 07/16/2015<br>Created: 07/16/2015 11:18 AM |
| 07/16/2015 | **Order - Appointing Guardian Ad Litem** (Judicial Officer: Zennache`, Charles M )<br>Signed: 07/16/2015<br>Created: 07/16/2015 2:07 PM |
| 07/17/2015 | **Order - Protected** (Judicial Officer: Zennache`, Charles M )<br>*on G.S. Motion*<br>Signed: 07/17/2015<br>Created: 07/17/2015 12:02 PM |
| 07/17/2015 | **Order** (Judicial Officer: Zennache`, Charles M )<br>*Sealing Order Appointing Guardian Ad Litem*<br>Signed: 07/17/2015<br>Created: 07/17/2015 3:07 PM |

EXHIBIT 101
PG 3 OF 6

| | |
|---|---|
| 07/17/2015 | **Order** (Judicial Officer: Zennache`, Charles M )<br>*Sealing State's Motion in Limine to Introduce Prior Bad Acts*<br>Signed: 07/17/2015<br>Created: 07/17/2015 4:31 PM |
| 07/17/2015 | **Motion - Transport Prisoner**<br>*Mark Alan Thomas from Deer Ridge Corrections to testify on 8/11/15 at 9:30 (to JAM)*<br>Created: 07/20/2015 8:41 AM |
| 07/17/2015 | **Petition**<br>*for Certificate to Secure Attendance of Witness in Another State*<br>Created: 07/23/2015 4:40 PM |
| 07/20/2015 | **Response**<br>*in Opposition to deft's motion for civil compromise (TO CMZ)*<br>Created: 07/20/2015 11:30 AM |
| 07/20/2015 | **Motion**<br>*In Limine to introduce evidence of prior bad acts/Redacted version for public view (to CMZ)*<br>Created: 07/20/2015 2:26 PM |
| 07/20/2015 | **Order - Denial** (Judicial Officer: Zennache`, Charles M )<br>*Motion for Civil Compromise*<br>Signed: 07/20/2015<br>Created: 07/22/2015 10:34 AM |
| 07/20/2015 | **Certificate**<br>*to Secure Attendance of Witness in Another State*<br>Created: 07/23/2015 4:41 PM |
| 07/21/2015 | **Notice**<br>*on Intent to Offer Statements Made by a Child Victim Pursuant to OEC 803(18a)(b) (to JAM)*<br>Created: 07/22/2015 9:17 AM |
| 07/22/2015 | **Response**<br>*State's Response to Deft's Motion in Limine (to JAM)*<br>Created: 07/22/2015 4:50 PM |
| 07/22/2015 | **Response**<br>*Deft's Opposition to the State's Motion in Limine (to JAM)*<br>Created: 07/23/2015 9:07 AM |
| 07/24/2015 | **Motion - Protective Order**<br>*And Order of Disclosure for Defendant Kiah Loy Lawson's Juvenile Records*<br>Created: 07/24/2015 4:47 PM |
| 07/27/2015 | **Letter**<br>*to JAM*<br>Created: 07/30/2015 1:31 PM |
| 07/28/2015 | **Order - Produce** (Judicial Officer: McAlpin, Jay A )<br>*Mark Alan Thomas from Deer Creek Corrections for trial on 8/11/15 at 9:30*<br>Signed: 07/24/2015<br>Created: 07/28/2015 11:21 AM |
| 07/29/2015 | **Order - Protected** (Judicial Officer: McAlpin, Jay A )<br>*Defendant Kiah Loy Lawson's Juvenile Records*<br>Signed: 07/28/2015<br>Created: 07/29/2015 10:43 AM |
| 07/30/2015 | CANCELED   **Hearing**  (9:30 AM) (Judicial Officer McAlpin, Jay A)<br>*Other*<br>*Pre-Trial Motions*<br>Created: 07/02/2015 1:43 PM |
| 07/30/2015 | CANCELED   **Hearing**  (9:00 AM) (Judicial Officer McAlpin, Jay A)<br>*Other*<br>*Pre-Trial Motions*<br>Created: 07/28/2015 4:40 PM |
| 07/31/2015 | CANCELED   **Hearing**  (9:00 AM) (Judicial Officer McAlpin, Jay A)<br>*Other*<br>*Pretrial motions*<br>Created: 07/29/2015 4:53 PM |
| 07/31/2015 | **Hearing**  (9:30 AM) (Judicial Officer McAlpin, Jay A)<br>*Pretrial motions*<br>Created: 07/29/2015 4:58 PM |
| 08/03/2015 | **Motion**<br>*to Unseal Transcript (to JAM)*<br>Created: 08/03/2015 3:16 PM |
| 08/03/2015 | **Declaration**<br>Created: 08/03/2015 3:16 PM |
| 08/04/2015 | **Order** (Judicial Officer: McAlpin, Jay A )<br>*re: motion to unseal transcript*<br>Signed: 08/04/2015<br>Created: 08/04/2015 3:12 PM |
| 08/04/2015 | **Motion - Postponement**<br>*Trial from 8/11/15 (to JAM)*<br>Created: 08/05/2015 10:23 AM |
| 08/06/2015 | **Order - Consolidate** (Judicial Officer: Rasmussen, Karsten H ) |

EXHIBIT 101
PG 4 OF 6

| | |
|---|---|
| | Consolidated w/201423603 for trial 08/11/15<br>Signed: 07/30/2015<br>Created: 08/06/2015 10:43 AM |
| 08/06/2015 | **Response**<br>(to JAM)<br>Created: 08/07/2015 9:52 AM |
| 08/07/2015 | **Hearing - Motion** (3:00 PM) (Judicial Officer McAlpin, Jay A)<br>Please note: This proceeding will actually be heard in Courtroom 202, located on the second floor of the courthouse. Thank you.<br>Result: Held<br>Created: 08/07/2015 10:00 AM |
| 08/07/2015 | **Response**<br>to Court Order regarding expedited hearing (to JAM)<br>Created: 08/07/2015 10:03 AM |
| 08/07/2015 | **Response**<br>to State's Motion to Postpone (to JAM)<br>Created: 08/07/2015 10:56 AM |
| 08/07/2015 | **Declaration**<br>(to JAM)<br>Created: 08/07/2015 10:56 AM |
| 08/07/2015 | **Order** (Judicial Officer: McAlpin, Jay A )<br>Setting hrg re: St's Motion to Postpone/hrg set 08/07/15 @3:00<br>Signed: 08/06/2015<br>Created: 08/07/2015 11:39 AM |
| 08/07/2015 | **Response**<br>to State's Motion to Postpone (to JAM)<br>Created: 08/07/2015 5:03 PM |
| 08/07/2015 | **Notice**<br>Return to Court<br>Created: 08/11/2015 11:13 AM |
| 08/10/2015 | CANCELED  **Hearing** (10:00 AM) (Judicial Officer McAlpin, Jay A)<br>Other<br>Continued Pre-Trial Motions hearing<br>Created: 07/31/2015 3:08 PM |
| 08/11/2015 | CANCELED  **Trial - Twelve Person Jury** (9:30 AM) (Judicial Officer Rasmussen, Karsten H)<br>Other<br>Judge McAlpin re-assigned / To be heard in Courtroom 306<br>Created: 07/02/2015 8:06 AM |
| 08/12/2015 | **Order** (Judicial Officer: McAlpin, Jay A )<br>Granting Oregonian's Request for Expedited Consideration on Their Motion to Unseal Records/hrg to be set 08/17/15 @10:00 in CR 304<br>Signed: 08/12/2015<br>Created: 08/13/2015 7:22 AM |
| 08/13/2015 | **Order** (Judicial Officer: McAlpin, Jay A )<br>Granting State's motion to postpone trial, resetting to 9/1/15 (see Order for deadlines)<br>Signed: 08/13/2015<br>Created: 08/13/2015 2:05 PM |
| 08/14/2015 | **Response**<br>Deft's Response to The Oregonian's Motion to Unseal Transcript of July 16th Hearing (to JAM)<br>Created: 08/14/2015 4:25 PM |
| 08/17/2015 | **Hearing - Motion** (10:00 AM) (Judicial Officer Zennache`, Charles M)<br>Oregonians Motion to Unseal Court Transcript<br>  08/17/2015 Reset by Court to 08/17/2015<br>Created: 08/07/2015 4:20 PM |
| 08/28/2015 | **Hearing** (3:30 PM) (Judicial Officer McAlpin, Jay A)<br>Result: Held<br>Created: 08/25/2015 4:34 PM |
| 08/28/2015 | **Memorandum - Support Motion**<br>to Dismiss without Prejudice<br>Created: 09/02/2015 1:29 PM |
| 09/01/2015 | **Trial - Twelve Person Jury** (9:30 AM) (Judicial Officer McAlpin, Jay A)<br>ASSIGNED TO JUDGE MCALPIN<br>  09/01/2015 Reset by Court to 09/01/2015<br>Result: Held<br>Created: 08/07/2015 4:16 PM |
| 09/01/2015 | **Order** (Judicial Officer: Zennache`, Charles M )<br>unsealing portion of the FTR record from 7/16/15 in courtroom 304<br>Signed: 09/01/2015<br>Created: 09/01/2015 3:30 PM |
| 09/01/2015 | **Judgment - General Dismissal** (Judicial Officer: McAlpin, Jay A )<br>Without prejudice<br>Signed: 09/01/2015<br>Created: 09/02/2015 1:21 PM |
| 09/02/2015 | **Closed**<br>Created: 09/02/2015 1:22 PM |

EXHIBIT 101
PG 5 OF 6

## Financial Information

**Attorney** Deveny, Lori E
Total Financial Assessment — 2.00
Total Payments and Credits — 2.00
**Balance Due as of 07/19/2019** — **0.00**

| Date | Description | Receipt | Payer | Amount |
|---|---|---|---|---|
| 12/20/2016 | Transaction Assessment | | | 2.00 |
| 12/20/2016 | Phone Payment | Receipt # 2016-2874450 | Travis Miller | (2.00) |

**Defendant** BEAN, TERRENCE PATRICK
Total Financial Assessment — 790.00
Total Payments and Credits — 790.00
**Balance Due as of 07/19/2019** — **0.00**

| Date | Description | Receipt | Payer | Amount |
|---|---|---|---|---|
| 12/04/2014 | Transaction Assessment | | | 1.75 |
| 12/04/2014 | Counter Payment | Receipt # 2825879 | UNKNOWN | (0.50) |
| 06/10/2015 | Transaction Assessment | | | 5.50 |
| 06/10/2015 | Phone Payment | Receipt # 2015-1073148 | Tamika Ross | (5.50) |
| 07/08/2015 | Transaction Assessment | | | 5.00 |
| 07/08/2015 | Counter Payment | Receipt # 2015-1153684 | Claire Holley | (5.00) |
| 07/16/2015 | Transaction Assessment | | | 1.25 |
| 07/16/2015 | Counter Payment | Receipt # 2015-1173729 | Willamette Week | (1.25) |
| 07/28/2015 | Transaction Assessment | | | 13.00 |
| 07/28/2015 | Phone Payment | Receipt # 2015-1203626 | Mark Zusman | (13.00) |
| 09/03/2015 | Transaction Assessment | | | 750.00 |
| 03/20/2019 | Transaction Assessment | | | 13.00 |
| 03/20/2019 | Phone Payment | Receipt # 2019-19469-TP | Sussman Shank LLP spoke with Alicia Dowdy | (13.00) |

**Interested Person** Oregon Publishing Company
Total Financial Assessment — 20.00
Total Payments and Credits — 20.00
**Balance Due as of 07/19/2019** — **0.00**

| Date | Description | Receipt | Payer | Amount |
|---|---|---|---|---|
| 09/01/2015 | Transaction Assessment | | | 10.00 |
| 09/01/2015 | Counter Payment | Receipt # 2015-1308126 | Oregon Publishing Company | (10.00) |
| 09/02/2015 | Transaction Assessment | | | 10.00 |
| 09/02/2015 | Counter Payment | Receipt # 2015-1308896 | Kyle w/KEGW news | (10.00) |

**Privately Retained** Ashton, Derek J
Total Financial Assessment — 13.00
Total Payments and Credits — 13.00
**Balance Due as of 07/19/2019** — **0.00**

| Date | Description | Receipt | Payer | Amount |
|---|---|---|---|---|
| 08/10/2015 | Transaction Assessment | | | 13.00 |
| 08/10/2015 | Phone Payment | Receipt # 2015-1249988 | ASHTON, DEREK J | (13.00) |

EXHIBIT 101
PG 6 OF 6

PROTECTIVE ORD

# U.S. District Court
## District of Oregon (Portland (3))
## CIVIL DOCKET FOR CASE #: 3:19-cv-00325-HZ

| | |
|---|---|
| M.S.G. v. Bean | Date Filed: 03/05/2019 |
| Assigned to: Judge Marco A. Hernandez | Jury Demand: Defendant |
| Demand: $6,375,000 | Nature of Suit: 190 Contract: Other Contract Actions |
| Case in other court: Circuit Court of Oregon, County of Multnomah, 19CV09798 | Jurisdiction: Diversity |
| Cause: 28:1441 Petition for Removal- Declaratory Judgment | |

**Plaintiff**

**M.S.G.**  represented by  **Christine S. Mascal**
2905 NE Broadway
Portland, OR 97232
503-320-1020
Fax: 971-302-7061
Email: cmascal@mascal-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean J. Riddell**
2905 NE Broadway
Portland, OR 97232
971-219-8453
Email: sean.riddell@live.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean J. Riddell**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Terrance Bean**  represented by  **Clifford S. Davidson**
Sussman Shank, LLP
1000 SW Broadway
Suite 1400
Portland, OR 97205
503-227-1111

EXHIBIT 102
PG 1 OF 3

Fax: 503-248-0130  
Email: cdavidson@sussmanshank.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2019 | 1 | Notice of Removal of Case Number 19cv09798 from Multnomah. Filing Fee in amount of $400 collected. Agency Tracking ID: 0979-5761284 issued.. Filed by Terrance Bean (Attachments: # 1 Exhibit 1 - State Court Action, # 2 Civil Cover Sheet). (Davidson, Clifford) (Entered: 03/05/2019) |
| 03/06/2019 | 2 | Certificate of Service by Terrance Bean *of Notice of Removal* Filed by Terrance Bean. (Davidson, Clifford) (Entered: 03/06/2019) |
| 03/06/2019 | 3 | Notice of Case Assignment to Judge Marco A. Hernandez and Discovery and Pretrial Scheduling Order. Discovery is to be completed by 7/5/2019. Joint Alternate Dispute Resolution Report is due by 8/5/2019. Pretrial Order is due by 8/5/2019. Ordered by Judge Marco A. Hernandez. (rs) (Entered: 03/06/2019) |
| 03/06/2019 | 4 | Waiver of Service of Summons Returned Executed by Terrance Bean waiver sent on 3/6/2019. Filed by Terrance Bean. (Davidson, Clifford) (Entered: 03/06/2019) |
| 04/01/2019 | 5 | Waiver of Service of Summons Returned Executed Filed by M.S.G.. (Riddell, Sean) (Entered: 04/01/2019) |
| 05/06/2019 | 6 | Motion *Special Motion to Strike First Claim for Relief pursuant to ORS 31.150*. Oral Argument requested. Filed by Terrance Bean. (Davidson, Clifford) (Entered: 05/06/2019) |
| 05/06/2019 | 7 | Unopposed Request for Judicial Notice *in Support of* Motion - Miscellaneous 6 . Filed by Terrance Bean. (Attachments: # 1 Exhibit 1 through 8) (Davidson, Clifford) (Entered: 05/06/2019) |
| 05/06/2019 | 8 | Declaration of Derek J. Ashton . Filed by Terrance Bean. (Related document(s): Motion - Miscellaneous 6 , Request for Judicial Notice 7 .) (Attachments: # 1 Exhibit 9 and 10) (Davidson, Clifford) (Entered: 05/06/2019) |
| 05/06/2019 | 9 | Declaration of Kristin A. Eisenhauer . Filed by Terrance Bean. (Related document(s): Motion - Miscellaneous 6 , Request for Judicial Notice 7 .) (Davidson, Clifford) (Entered: 05/06/2019) |
| 05/17/2019 | 10 | Motion for Protective Order . Filed by M.S.G.. (Mascal, Christine) (Entered: 05/17/2019) |
| 05/20/2019 | 11 | Response to Motion *Special Motion to Strike First Claim for Relief pursuant to ORS 31.150* 6 Oral Argument requested. Filed by M.S.G.. (Riddell, Sean) (Entered: 05/20/2019) |
| 05/20/2019 | 12 | Declaration of Sean J. Riddell . Filed by M.S.G.. (Related document(s): Response to Motion 11 .) (Riddell, Sean) (Entered: 05/20/2019) |

EXHIBIT 102  
PG 2 OF 3

| 05/20/2019 | 13 | Declaration of M.S.G. . Filed by M.S.G.. (Related document(s): Response to Motion 11 .) (Riddell, Sean) (Entered: 05/20/2019) |
| --- | --- | --- |
| 05/22/2019 | 14 | **STIPULATED PROTECTIVE ORDER.** Granting Motion for Protective Order 10 . Signed on 5/22/2019 by Judge Marco A. Hernandez. (gw) (Entered: 05/22/2019) |
| 06/03/2019 | 15 | Reply to Motion *Special Motion to Strike First Claim for Relief pursuant to ORS 31.150* 6 Oral Argument requested. Filed by Terrance Bean. (Davidson, Clifford) (Entered: 06/03/2019) |
| 06/28/2019 | 16 | Notice Filed by M.S.G.. (Riddell, Sean) (Entered: 06/28/2019) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 07/19/2019 16:02:22 | | | |
| **PACER Login:** | riddellsj:4138904:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-cv-00325-HZ Start date: 1/1/1970 End date: 7/19/2019 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

EXHIBIT 102
PG 3 OF 3